AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| SUPPLY BASKET, INC., KATHERINE LINDBERG, MICHAEL BARKER AND MELINDA HARTLEY,<br><br>*Plaintiff(s)*<br>v.<br>GLOBAL EQUIPMENT COMPANY, INC. d/b/a GLOBAL INDUSTRIAL EQUIPMENT, a subsidiary of Systemax, Inc.,<br><br>*Defendant(s)* | Civil Action No. 1:13-CV-03220-RWS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GLOBAL EQUIPMENT COMPANY, INC.
c/o Corporation Service Company, Reg. Agent
40 Technology Parkway South, Suite 300
Norcross, GA  30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas M. Mitchell, Esq.
CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, GA  30518

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 17 JAN 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-CV-03220-RWS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Alisha Smith of Corporation Service Company, who is designated by law to accept service of process on behalf of *(name of organization)* GLOBAL EQUIPMENT COMPANY, INC. on *(date)* 1/17/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/20/2014

*Server's signature*

Thomas M. Mitchell
*Printed name and title*

CAROTHERS & MITCHELL, LLC
1809 Buford Highway
Buford, GA 30518
*Server's address*

Additional information regarding attempted service, etc: